UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE ANN HARRELL,<br><br>  Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>  Respondent. | No. 1:17-cv-01503-GSA<br><br>**ORDER TRANSFERRING CASE TO THE U. S. DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA** |

On November 8, 2017, Plaintiff Julie Ann Harrell filed a complaint in the Eastern District of California seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying her application for disability insurance benefits pursuant to Title II of the Social Security Act. Doc. 1. At the time of filing, however, Plaintiff resided in jurisdiction of the United States District Court for the Eastern District of North Carolina, where she continues to reside. Doc. 25.

A claimant of Social Security benefits whose application has been denied by the Commissioner may seek review of such decision "in the district court of the United States for the judicial district in which the plaintiff resides, or has his principal place of business or, if he does not reside or have his principal place of business within any such judicial district, in the United

///

1

States District Court for the District of Columbia." 42 U.S.C. § 405(g).  Because Plaintiff's residence is in North Carolina this Court must transfer venue to the proper district.

Accordingly, the Clerk of Court is hereby DIRECTED to transfer the above-captioned case to the United States District Court for the Eastern District of North Carolina.

IT IS SO ORDERED.

Dated:   **March 20, 2019**                                     **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE