UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| JULIE ANN HARRELL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANDREW M. SAUL, Commissioner of Social )<br>Security, )<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:19-CV-121-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court adopts the conclusions in the M&R [D.E. 35]. The court DENIES plaintiff's motion for judgment on the pleadings [D.E. 17], GRANTS defendant's motion for judgment on the pleadings [D.E. 22], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on August 19, 2019, and Copies To:**

| | |
|---|---|
| Julie Ann Harrell | (Sent to 2008 Rolla Lane Willow Springs, NC 27592 via US Mail) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

DATE:
August 19, 2019

PETER A. MOORE, JR., CLERK
(By) /s/ Nicole Sellers
 Deputy Clerk